# IN THE SUPREME COURT OF THE STATE OF NEVADA

BLAKE LAWRENCE ANDERSON,
Appellant,
vs.
THE STATE OF NEVADA; CLARK
COUNTY PUBLIC DEFENDER'S
OFFICE; PATRICIA DENISE DOYLE
(D.P.D.); AND PHILIP J. KOHN,
(C.C.P.D.)
Respondents.

No. 79209

FILED

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to reopen case. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court may only consider appeals that are authorized by court rule or statute. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from an order denying a motion to reopen case. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-35352

cc: Hon. Timothy C. Williams, District Judge
Blake Lawrence Anderson
Clark County District Attorney/Civil Division
Eighth District Court Clerk